FILED

07/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0555

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0555

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHANDA LEANN KIRKLAND,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 28, 2020, within which to prepare, serve, and file its response brief.

**CMF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 27 2020